UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

GINA MICELI,

           Plaintiff,

vs.

CITIGROUP, INC. dba CITIBANK; JEFFREY DUNMIRE,

           Defendants.

2:15-cv-01962-GMN-VCF

**ORDER**

      The court has reviewed Defendants' Motion for Extension of Time to File Response to Plaintiff's Complaint. (#7). Defendants have given sufficient reason to grant the motion.

      Accordingly, and good cause appearing,

      IT IS HEREBY ORDERED that Defendants' Motion for Extension of Time to File Response to Plaintiff's Complaint (#7) is GRANTED. Defendants may have up to and including, December 7, 2015, to file a response to Plaintiff's Complaint.

      DATED this 13th day of November, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE