**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GINA MICELI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITIGROUP, INC. dba, CITIBANK; JEFFREY DUNMIRE,<br><br>　　　　　　Defendant. | 2:15-cv-01962-GMN-VCF<br>**ORDER** |

　　Before the court is Defendants' Emergency Motion to Stay Pending the Court's Decision on Defendants' Motion to Compel Arbitration (#21).

　　IT IS HEREBY ORDERED that any opposition to Defendants' Emergency Motion to Stay Pending the Court's Decision on Defendants' Motion to Compel Arbitration (#21) must be filed on or before March 9, 2016. Any reply in support of Defendants' Emergency Motion to Stay Pending the Court's Decision on Defendants' Motion to Compel Arbitration (#21) must be filed on or before March 16, 2016.

　　DATED this 2nd day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE